O

# United States District Court
# Central District of California

| | |
|---|---|
| KARIN STANFORD.<br><br>                    Plaintiff,<br><br>        v.<br><br>ROAM AGENCY et al.,<br><br>                    Defendants. | Case № 2:25-CV-06563-ODW (AJRx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [15]** |

///
///
///
///
///
///
///
///
///
///
///

On November 3, 2025, Defendant Seven Stories Press served Plaintiff Karin Stanford with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case. (Dkt. No. 15.)  The same day, Stanford filed a First Amended Complaint. (Dkt. No. 17.)  Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Stanford's amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

November 4, 2025

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**