1  Karin Stanford
2  Email: karinstanford@gmail.com
3  1936 W 94th Place
4  Los Angeles, CA 90047
5
6  *Plaintiff, Pro Se*
7
8
9
10              **UNITED STATES DISTRICT COURT**
11         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12
13
14

KARIN STANFORD., Plaintiff            )    Civil Action No: 2:25-cv-06563
              v.                      )    Plaintiff's Statement of Conference of
ROAM AGENCY, SEVEN STORIES PRESS, INC. )  Counsel and Certificate of Compliance
Defendant                             )    Renewed Motion for Alternative Service
                                      )
                                      )
                                      )    Date of Hearing: 12/22/25
                                      )    Time of Hearing: 1:30pm
                                      )    Courtroom: 5D
15  _____  )    Judge: Otis D. Wright, II
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36

**STATEMENT OF CONFERENCE OF COUNSEL (C.D. Cal. L.R. 7-3)**

On October 7, 2025 Plaintiff Karin Stanford attempted to have a conference with Defendants' attorney, Larry Zerner, as required under Local Rule 7-3. Plaintiff placed a phone call to Seven Stories Press, a business entity affiliated with the Defendants, to discuss the issues raised in this Motion and to attempt to resolve them without Court intervention. Regarding the address for Roam Agency, Attorney, Larry Zerner, stated that by law he could not share their address with Plaintiff. He stated that they were not a party to this suit because they had not been served, and that he could not breach the attorney-client privilege. Accordingly, Plaintiff files this Motion following a good-faith effort to meet and confer.

1
2    **KARIN STANFORD'S RENEWED MOTION FOR ALTERNATIVE SERVICE**
3

4         Plaintiff KARIN STANFORD respectfully moves this Court for an order authorizing

5    alternative service of process on Defendant ROAM AGENCY pursuant to Federal Rule of

6    Civil Procedure 4(e) and/or 4(f)(3), and in support thereof states as follows:

7

8    **I. INTRODUCTION**

9         Plaintiff seeks leave to serve Defendant, Roam Agency, by email as an alternative

10    means of service. Plaintiff has made diligent and repeated efforts to serve Defendant using

11    traditional methods, all of which have been unsuccessful. Under these circumstances,

12    alternative service via email is reasonably calculated to provide notice to Defendant and is

13    not prohibited by law.

14

15    **II. BACKGROUND**

16    1.  Plaintiff filed this action on July 18, 2025, and subsequently issued service requests

17        through ABC Legal to serve both Roam Agency and Seven Stories Press, Inc. Seven

18        Stories Press, Inc. was successfully served by personal service on August 20, 2025, at

19        its New York address.

20    2.  However, service on Roam Agency, listed at 45 Main St Ste 727, Brooklyn, NY 11201,

21        was unsuccessful. According to the Proof of Non-Service issued by ABC Legal on

22        August 22, 2025, Defendant Roam Agency has moved from that address, and the

23        location is no longer valid or servable. The process server confirmed that no forwarding

24        address or updated business address was available. (See Exhibit A – Proof of Non-

25        Service (Roam Agency).

26    3.  Following this unsuccessful attempt, Plaintiff made additional efforts to contact

27        Defendant directly by email. Plaintiff previously communicated with Defendant at the

28        following addresses, roam@roamagency.com, arnove@mac.com. Moreover, there are

1    two email addresses (roam@roamagency.com and rdavis@roamagency.com) listed on

2    the Roam Agency website (Roamagency.com).

3    4.  Given that Defendant's last known physical address is invalid and that Defendant

4    continues to maintain a few functioning email addresses on its website, Plaintiff

5    respectfully submits that service via email to all the three email addresses

6    (roam@roamagency.com, arnove@mac.com, and rdavis@roamagency.com) is the most

7    reliable and efficient method to ensure Defendant receives actual notice of this action.

8

9    **III. LEGAL ARGUMENT**

10    **A. Alternative Service Is Permitted Under Federal Rule of Civil Procedure 4**

11    Under Rule 4(e)(1), a plaintiff may serve a domestic defendant in accordance with state law

12    or by court-authorized means. Rule 4(f)(3) authorizes service of process on a foreign defendant

13    by 'other means not prohibited by international agreement.' Courts have consistently

14    recognized email as a valid form of alternative service when traditional methods prove

15    ineffective and when email is reasonably calculated to give actual notice.

16    **B. Courts Have Approved Email Service in Similar Circumstances**

17    The Ninth Circuit and other federal courts have routinely approved email service where the

18    defendant could not be reached through physical service but maintains active electronic

19    communication channels. See Rio Properties, Inc. v. Rio Int'l Interlink, 284 F.3d 1007, 1017-

20    18 (9th Cir. 2002) (upholding service by email as 'the method most likely to reach' the

21    defendant).

22    Here, Defendant Roam Agency has two active email addresses listed on its website

23    (roam@roamagency.com and rdavis@roamagency.com), and one email address which

24    Plaintiff previously communicated with Defendant (arnove@mac.com). Service by email, at

25    the three email addresses mentioned above, is therefore reasonably calculated to provide notice.

26    C. Service by Email Is Necessary and Effective

27    Plaintiff has exhausted all reasonable means to locate and serve Defendant. Traditional

1   service is impracticable due to Defendant's relocation and lack of updated address information.

2   Service by email is thus necessary, efficient, and consistent with due process.

3

4   **IV. CONCLUSION**

5       For the foregoing reasons, Plaintiff respectfully requests that the Court:

6       1.  Grant this Motion and authorize Plaintiff to serve Defendant via email at

7           roam@roamagency.com ,arnove@mac.com, and rdavis@roamagency.com.; and

8       2.  Grant any further relief the Court deems just and proper.

9

10  **CERTIFICATE OF COMPLIANCE (C.D. Cal. L.R. 11-6.2)**

11  I certify that this memorandum complies with the page limits and formatting requirements

12  of Local Rule 11-6.2.

13

14

15

16      Dated:  November 18, 2025                Respectfully submitted,

17                                               By:

18

19

20                                               /s/ Karin Stanford

21                                               karinstanford@gmail.com

22                                               1936 W 94th Place

23                                               Los Angeles, CA 90047

24

25

26