**Declaration of Wai Tai Leonard Yip**

I, Wai Tai Leonard Yip, declare as follows:

1. I am an attorney licensed to practice before this Court. I am not attorney of record in the matter of Karin Stanford v. Roam Agency et al., Case No. 2:25-cv-06563-ODW (AJRx).

2. I submit this declaration in response to the Court's November 24, 2025 Order to Show Cause regarding filings made under my CM/ECF login.

3. I personally filed the following documents on behalf of Ms. Stanford:

   - Proof of Service on Defendant Seven Stories Press, Inc. (Dkt. 14);

   - First Amended Complaint (Dkt. 17);

   - Renewed Motion for Alternative Service (Dkt. 24);

   - Notice of Motion and Motion for Order for Renewed Motion for Alternative Service (Dkt. 27).

4. Ms. Stanford did not possess my CM/ECF login information and did not submit any of these documents herself. I personally logged into CM/ECF and filed each document.

5. I assisted Ms. Stanford solely on a limited procedural basis because she is a pro se litigant. My involvement was limited to preparing filings for submission and submitting them electronically. I did not intend to appear as counsel in this matter.

6. Regarding the Proof of Service (Dkt. 14), I placed the header "Nguyen & Yip, P.C., attorneys for Plaintiff" on the document. This was an error. I did not intend to mislead the

Court or opposing parties, nor did I intend to represent that my firm was appearing as counsel. I understand how this created confusion.

7. I acknowledge that Local Rule 5-4.3.4 prohibits a registered CM/ECF filer from using his login to file on behalf of a party he does not represent. I apologize for this violation and for the confusion caused.

8. I further acknowledge the Court's question regarding why I should not be added as attorney of record. I respectfully submit that my limited assistance was not intended to constitute formal representation, and I did not meet with Ms. Stanford, enter into an engagement, sign any appearance documents, or otherwise undertake representation. My assistance was purely procedural.

9. I will comply fully with all CM/ECF and Local Rule requirements and will not file further documents in this matter unless I formally appear as counsel or receive direction from the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on Nov 24, 2025, in Los Angeles, California.

/s/ Wai Tai Leonard Yip

_____

Wai Tai Leonard Yip

Attorney License # 2609118