1  Leonard Yip
2  Email: leonard@asklawyers.net
3  California Bar Number: 260918
4  NGUYEN & YIP, P.C.
5  20955 Pathfinder Road, Suite 100
6  Diamond Bar, CA 91765
7  Tel: (909) 843-6522
8  Fax: (888) 266-4705 (toll free)

10  *Attorney for Plaintiff KARIN STANFORD*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| KARIN STANFORD., Plaintiff | ) | Case No: 2:25-cv-06563-ODW (AJRx) |
|---|---|---|
| v. | ) | |
| ROAM AGENCY, SEVEN STORIES PRESS, INC. | ) | Notice of Appearance of Counsel |
| Defendant | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that attorney Leonard Yip hereby enters his appearance as counsel of record for Plaintiff Karin Stanford in the above-captioned matter.

All future notices, pleadings, and correspondence should be directed to:

Leonard Yip

State Bar No. 260918

Nguyen & Yip, P.C.

20955 Pathfinder Road, Ste 100

Diamond Bar, CA 91765

Tel: (909) 843-6522

Fax: (888) 266-4705 (toll free)

Email: leonard@asklawyers.net

Dated: Feb 19, 2026                             Respectfully submitted,

                                                By:

                                                *Leonard Yip*
                                                /s/ Leonard Yip
                                                Leonard Yip, Esq.
                                                Nguyen & Yip, P.C.
                                                20955 Pathfinder Road, Ste 100
                                                Diamond Bar, CA 91765
                                                Tel: (909) 843-6522
                                                Fax: (888) 266-4705 (toll free)

                                                Attorney for Karin Stanford