Leonard Yip
Email: leonard@asklawyers.net
California Bar Number: 260918
NGUYEN & YIP, P.C.
20955 Pathfinder Road, Suite 100
Diamond Bar, CA 91765
Tel: (909) 843-6522
Fax: (888) 266-4705 (toll free)

*Attorney for Plaintiff KARIN STANFORD*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN STANFORD., Plaintiff<br>            v.<br>ROAM AGENCY, SEVEN STORIES PRESS, INC.<br>Defendant | Case No: 2:25-cv-06563-ODW (AJRx)<br><br>Plaintiff's Notice of Appeal Ninth Circuit |

**PLAINTIFF'S NOTICE OF APPEAL NINTH CIRCUIT**

Notice is hereby given that Plaintiff **Karin Stanford** hereby appeals to the United States Court of

Appeals for the Ninth Circuit from:

    1. The Judgment entered on **December 8, 2025** (Dkt. No. 31), dismissing this action with prejudice; and

    2. The Order entered on **January 20, 2026** (Dkt. No. 34), denying Plaintiff's Motion for Reconsideration.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a).

Dated: Feb 19, 2026

Respectfully submitted,

By:

*Leonard Yip*
/s/ Leonard Yip
Leonard Yip, Esq.
Nguyen & Yip, P.C.
20955 Pathfinder Road, Ste 100
Diamond Bar, CA 91765
Tel: (909) 843-6522
Fax: (888) 266-4705 (toll free)

Attorney for Karin Stanford